# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Gardenia Marlene RINCON-Avilez**<br>DOB: xx/xx/1986<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>18-04513MJ |

| Complaint for violation of Title 18 United States Code § 554(a) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Between November 2017 and May 2018, at or near Nogales, Tucson, Phoenix, and elsewhere within the District of Arizona, Gardenia RINCON-Avilez knowingly exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, to wit: fifty (50)New Frontier LW-4 and LW-15 AR-15 type 5.56 caliber rifles; one FN M249S Belt Fed 5.56 caliber rifle; one Izhmash model Saiga 7.62x39mm rifle and one Glock model 19, 9mm pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

Between November 2017 and May 2018, in Phoenix, Arizona, Gardenia RINCON-Avilez purchased fifty (50) New Frontier LW-4 and LW-15 AR-15 type 5.56 caliber rifles; one FN M249S Belt Fed 5.56 caliber rifle; one Izhmash model Saiga 7.62x39mm rifle and one Glock model 19, 9mm pistol. During a post Miranda interview, RINCON-Avilez stated she immediately sold the New Frontier AR-15 rifles after the purchase to an individual in Tucson, Arizona. RINCON-Avilez bought and sold the firearms for the purposes of monetary gain and believed the weapons were being taken into Mexico. RINCON-Avilez purposefully did not ask their intended destination because she did not want to know the answer. RINCON-Avilez could not provide any details as to how two of the AR-15 rifles she purchased in March 2018 were recovered in Mexico nor could she explain how the Glock 9mm pistol and the Izhmash Saiga firearms were found in a vehicle that was interdicted on its way into Mexico. RINCON-Avilez stated she purchased the FN M249S rifle for the individual in Tucson after he asked her to place the order. RINCON-Avilez stated she paid approximately $8000.00 for the rifle and sold it to the individual in Tucson for approximately $12,500.00. RINCON-Avilez does not have any license or lawful authority to export the rifles into Mexico. On multiple occasions between November 2017 and March of 2018 RINCON-Avilez transported large quantities of bulk U.S. currency from Mexico into the United States for the express purpose of purchasing weapons that she believed would ultimately be smuggled into Mexico. RINCON-Avilez spent approximately $29,000.00 during March of 2018 alone on firearms.

| MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A |
|---|

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br>REVIEWED by AUSA Angela W. Woolridge | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|

| Sworn to before me and subscribed in my presence. |  |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 16, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54